ċqr
1:31-18

KSC/USAO No. 2017R00846

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED ENTERED LODGED RECEIVED
FEB 13 2018
AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CASE NO.** JKB-18-080 |
| **DENIS ARISTEDES RIVAS ALDANA,** | : | **(Participation in a Racketeering Enterprise, 18 U.S.C. § 1962(c))** |
| **Defendant.** | : | **UNDER SEAL** |

...oOo...

SEALED

**INFORMATION**

**COUNT ONE**

The District of Maryland charges that:

**The Enterprise**

1. At various times relevant to this Information, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, were members and associates of the MS-13 street gang, a criminal organization whose members and associates engaged in narcotics distribution, and acts of violence, including acts involving murder and extortion, and which operated principally in the Frederick, Montgomery, Anne Arundel, and Prince George's County areas of Maryland.

2. MS-13, including its leadership, membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise"), that is, a group of individuals associated in fact. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities

affected, interstate and foreign commerce.

## Purposes of the Enterprise

3. The purposes of the enterprise included the following:

a. Enriching the members and associates of the enterprise through, among other things, murder, extortion, and the distribution of narcotics.

b. Preserving and protecting the power, territory and profits of the enterprise through the use of intimidation, violence, including assaults and murder, and threats of violence.

c. Promoting and enhancing the enterprise and its members' and associates' activities.

d. Keeping victims and potential victims in fear of the enterprise and in fear of its members and associates through threats of violence and violence.

e. Providing assistance to other gang members who committed crimes for and on behalf of the gang in order to hinder, obstruct and prevent law enforcement officers from identifying the offender, apprehending the offender and trying and punishing the offender.

## Roles of the Defendant

4. The defendant participated in the operation and management of the enterprise.

5. The defendant **DENIS ARISTEDES RIVAS ALDANA** was a leader of the enterprise who directed other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs.

6. Under the direction of the leader of the enterprise, the defendant **DENIS ARISTEDES RIVAS ALDANA** participated in unlawful and other activities in furtherance of

the conduct of the enterprise's affairs.

## **Means and Methods of the Enterprise**

7. Among the means and methods by which the defendant and his associates conducted and participated in the conduct of the affairs of the enterprise were the following:

8. Members of the enterprise and their associates used, attempted to use, and conspired to use extortion, which affected interstate commerce.

9. Members of the enterprise and their associates committed, attempted and threatened to commit acts of violence, including murder and extortion, to protect and expand the enterprise's criminal operations.

10. Members of the enterprise and their associates promoted a climate of fear through violence and threats of violence.

11. Members of the enterprise and their associates used and threatened to use physical violence against various individuals.

12. Members of the enterprise and their associates trafficked in marijuana.

## **The Racketeering Violation**

13. From at least in or about January 2015, through in or about September 2017, in the District of Maryland and elsewhere, **DENIS ARISTEDES RIVAS ALDANA** the defendant, together with others known and unknown, being persons employed by and associated with MS-13 described above, which was an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, and knowingly conducted and participated, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, that is, through the commission of Racketeering Acts One to Five as set forth in

paragraphs Fourteen through Twenty below.

**The Pattern of Racketeering Activity**

14. The pattern of racketeering activity as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), included the following acts:

*Racketeering Act One—Murder of Victim 1*

15. On or about March 31, 2017, in the District of Maryland, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, unlawfully, intentionally and knowingly murdered Victim 1, a rival gang member, in violation of Maryland Crim. Law § 2-201, a racketeering activity for which the maximum penalty includes life imprisonment.

*Racketeering Act Two—Murder of Victim 2*

16. On or about April 3, 2017, in the District of Maryland, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, unlawfully, intentionally and knowingly murdered Victim 2, a rival gang member, in violation of Maryland Crim. Law § 2-201, a racketeering activity for which the maximum penalty includes life imprisonment.

*Racketeering Act Three—Murder of Victim 3*

17. On or about June 24, 2017, in the District of Maryland, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, unlawfully, intentionally and knowingly murdered Victim 3, a rival gang member, in violation of Maryland Crim. Law § 2-201, a racketeering activity for which the maximum penalty includes life imprisonment.

*Racketeering Act Four—Attempted Murder of Victim 4*

18. On or about July 2016, in the District of Maryland, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, unlawfully and knowingly attempted

to murder Victim 4, a rival gang member, in violation of Maryland Crim. Law § 1-202, a racketeering activity for which the maximum penalty includes life imprisonment.

*Racketeering Act Five—Attempted Murder of Victim 5 and Victim 6*

19. On or about December 2016, in the District of Maryland, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, unlawfully and knowingly attempted to murder Victim 5 and Victim 6, rival gang members, in violation of Maryland Crim. Law § 1-202, a racketeering activity for which the maximum penalty includes life imprisonment.

*Racketeering Act Six—Conspiracy To Murder Victim 7*

20. On or about August 2016, in the District of Maryland, **DENIS ARISTEDES RIVAS ALDANA**, the defendant, and others known and unknown, unlawfully and knowingly conspired to murder Victim 7, a rival gang member, in violation of Maryland Crim. Law § 1-202, a racketeering activity for which the maximum penalty includes life imprisonment.

Title 18, United States Code, Sections 1962(c), 1963(a).

SMS / KSC

Stephen M. Schenning
Acting United States Attorney