**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. JKB-18-80** |
| | : | |
| **DENIS ARISTIDES RIVAS ALDANA** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO SEAL DEFENDANT'S SENTENCING DOCUMENTS

Defendant, Denis Aristides Rivas Aldana, ("Mr. Rivas Aldana") by and through his attorneys, William C. Brennan, Jr. Esq. and Brennan, McKenna and Lawlor, Chtd., respectfully submits this Motion to Seal Sentencing Documents including his Reply to the Government's Sentencing Letter and his Memorandum in Aid of Sentencing. Mr. Rivas Aldana respectfully requests that the Court accept these documents and supporting exhibits for filing under seal. In support of this Motion, counsel states the following.

1. On April 18, 2018, Mr. Rivas Aldana entered a guilty plea in this case. Sentencing is scheduled for September 30, 2026. In advance of sentencing, Mr. Rivas Aldana is submitting a Reply to the Government's Sentencing Letter and his Memorandum in Aid of Sentencing for the Court's consideration. In light of the information contained in this document and its supporting exhibits, Mr. Rivas Aldana respectfully requests that the Court accept these documents for filing under seal.

2. Sealing is appropriate here for several reasons. The documents contain sensitive information about Mr. Rivas Aldana and third parties. In addition, the filings

discuss many of the same topics raised in the Government's sentencing filings which the Court has accepted under seal.

3. Accordingly, Mr. Rivas Aldana respectfully requests that the Court accept his Reply to the Government's Sentencing Letter and his Memorandum in Aid of Sentencing for filing under seal.

September 24, 2026

/s/

William C. Brennan, Jr. # 00465
Brennan McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
301.474.0044
wbrennan@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September 2026, a copy of the foregoing was delivered via ECF to the Office of the United States Attorney for the District of Maryland.

/s/

William C. Brennan, Jr.