**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. JKB-18-80** |
| | : | |
| **DENIS ARISTIDES RIVAS ALDANA** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED ORDER**

Upon consideration of Defendant Denis Rivas Aldana's Motion to Seal, it is on this 28 day of Sept, 2026 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant's Reply to the Government's Sentencing Letter and his Memorandum in Aid of Sentencing and supporting exhibits be filed under seal.

James K. Bredar

Hon. James K. Bredar
United States District Judge